

**Office Of The Clerk**

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - KW - 0259

State Of Louisiana
  versus
Rondely Dunn

TO:    Claude-Michael  Comeau
       1024 Elysian Fields Ave
       New Orleans, LA 70117

       Jamila A. Johnson
       1024 Elysian Fields Avenue
       New Orleans, LA 70117

       Hillar C. Moore III
       EBR District Attorney
       222 St. Louis Street
       5th Floor
       Baton Rouge, LA 70802
       lori.olinde@ebrda.org

       James  Volling
       2200 Wells Fargo Center
       90 S. 7th Street
       Minneapolis, MN 55402

       Hardell  Ward
       1024 Elysian Fields Avenue
       New Orleans, LA 70117
       hward@defendla.org

       Hon Kelly  Balfour
       300 North Boulevard
       Suite 10401
       Baton Rouge, LA 70801

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0259

VERSUS

RONDELY DUNN

**MAY 20, 2022**

---

In Re: Rondely Dunn, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-95-1603.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED. Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence was final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district court did not err by dismissing the application for postconviction relief.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT